MEMO ENDORSED

# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:   (917) 209-0441
Email:  scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

September 28, 2023

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Nicholas* Tartaglione 16-cr-832 (KMK)

Dear Judge Karas:

We are writing to request an additional two weeks to file Mr. Tartaglione's post-trial motions. Co-counsel Inga Parsons' mother is in the hospital in Idaho and in worse condition than Inga anticipated. In addition, a mishap with her laptop, in a location with limited state-of-the-art tech assistance, is delaying her ability to work remotely. Lastly, we are still awaiting translations of video and audiotapes that we sent out for translation from Spanish and for transcription.

The Government has no objection to the additional time.

We therefore respectfully request that Mr. Tartaglione's post-trial motion date be extended to October 17, 2023, with the Government's response extended to November 16, 2023. We also request that the Court adjourn the original sentencing date of October 31, 2023, until November 30, 2023, or such later date until the motions are resolved.

Thank you for your consideration.

Respectfully,

s/

SUSAN C. WOLFE

> Granted. The Court wishes Mr. Parsons the best of luck with her mother's health situation.
>
> So Ordered.
> [signature]
> 9/28/23